IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA FREDRICKSON,

    Plaintiff,

v.

REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,

    Defendant.
_____/

No. C 06-03335 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is currently set for a hearing on December 1, 2006 at 9:00 a.m. on Defendant BC Life & Health Insurance Company's petition to compel binding arbitration and motion to stay judicial proceedings on complaint. The Court HEREBY ORDERS that Plaintiff's opposition brief shall be due no later than August 18, 2006 and Defendant's reply brief shall be due no later than August 25, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 25, 2006

                                                _____
                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*