WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Ste. 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff
LISA FREDRICKSON

UNITED STATES DISTRICT COURT

NORTHERN DIVISION

| | |
|---|---|
| LISA FREDRICKSON, <br><br> Plaintiff, <br><br> vs. <br><br> REGENTS OF UNIVERSITY OF CALIFORNIA, a governmental entity, BC HEALTH AND LIFE INSURANCE COMPANY, a corporation; DR. MICHELLE FAMULA, M.D., an individual, and DOES through 10, inclusive, <br><br> Defendants. | Case No. C 06 3335 <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** <br><br> Date: September 22, 2006 <br> Time: 9:00 a.m. <br> Dept.: 2 <br> Judge: Honorable Jeffrey S. White |

The parties, through their respective counsel of record herein, hereby STIPULATE to the continuance of the Case Management Conference herein, presently set for September 22, 2006 to a date after the hearing on Defendant BC Life's Petition to Compel Arbitration, set for December 1, 2006. The reason for this stipulation is to allow for a ruling on the Petition to Compel Arbitration and the filing of a First Amended Complaint to avoid the necessity of demurrers.

///

///

STIPULATION AND ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE DATE          1                    Case No. : C 06 3335

| | |
|---|---|
| 1 | |
| 2 | Dated: _____, 2006 | LAW OFFICES OF WAUKEEN McCOY |
| 3 | |
| 4 | | By_____ |
| 5 | | WAUKEEN MCCOY |
| 6 | | Attorneys for Plaintiff |
| 7 | |
| 8 | Dated: September 18, 2006 | |
| 9 | | By /s/ Ronald R. Odom |
| 10 | | Ronald R. Odom |
| 11 | | Attorneys for Defendant |
| 12 | | BC HEALTH AND LIFE INSURANCE CO. |

Good cause appearing, it is hereby ORDERED that the Case Management Conference set for September 22, 2006 be continued to December ___, 2006.

Dated: _____

Honorable Jeffrey S. White
Judge, United States District Court

STIPULATION AND ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE DATE         2                    Case No.: C 06 3333

```
1
2   Dated: _____, 2006          LAW OFFICES OF WAUKEEN McCOY
3
4                                        By_____/s/____Waukeen McCoy
5
6                                        WAUKEEN MCCOY
7                                        Attorneys for Plaintiff
8
9   Dated: _____, 2006
10                                       By_____
11                                       Ronald R. Odom
12                                       Attorneys for Defendant
13                                       BC HEALTH AND LIFE INSURANCE CO.
14
15
16  Good cause appearing, it is hereby ORDERED that the Case Management Conference set for
17  September 22, 2006 be continued to December  1 , 2006.
18
19
20
21  Dated:  September 18, 2006            _____
22                                        Honorable Jeffrey S. White
23                                        Judge, United States District Court
24
25
26
27
28
```

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE     2     Case No. : C 06 3335