IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FREDRICKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants._____/ | No. C 06-03335 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is currently set for a hearing on February 9, 2007 at 9:00 a.m. on Defendants Regents of the University of California and Dr. Michelle Famula's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court HEREBY ORDERS that Plaintiff's opposition brief shall be due no later than December 8, 2006 and Defendants' reply brief shall be due no later than December 15, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 17, 2006                                /s/
                                                                          JEFFREY S. WHITE
                                                                          UNITED STATES DISTRICT JUDGE
                                                                          by Honorable Phyllis J. Hamilton