IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FREDRICKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>REGENTS OF UNIVERSITY OF<br>CALIFORNIA, et al.,<br><br>    Defendants.<br>_____ / | No. C 06-03335 JSW<br><br>**ORDER DENYING MOTION FOR<br>ENTRY OF DEFAULT** |

Now before the Court is the motion filed by Plaintiff for entry of default. By order dated February 26, 2007, this Court denied in part and granted in part Defendants' motion to dismiss Plaintiff's complaint. The Court granted Plaintiff, proceeding pro se, leave to amend until April 23, 2007. Defendants therefore have until May 4, 2007 to file a responsive pleading to the amended complaint (or to the current complaint should Plaintiff opt not to file an amendment).

Therefore, Defendants are not untimely and Plaintiff's motion for entry of default is HEREBY DENIED.

**IT IS SO ORDERED.**

Dated:  March 16, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE