```
 1  MICHAEL D. BRUNO (SBN 166805)
    MARK S. POSARD (SBN:208790)
 2  GORDON & REES LLP
    Embarcadero Center West
 3  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 4  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 5
    Attorneys for Defendants
 6  REGENTS OF THE UNIVERSITY OF CALIFORNIA
    and MICHELLE FAMULA, M.D.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FREDRICKSON | CASE NO. C06-3335 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE 90 DAYS** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, a governmental entity, BC LIFE AND HEALTH INSURANCE COMPANY, a corporation; DR. MICHELLE FAMULA, M.D., an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties, by and through their attorneys of record, stipulate and agree as follows:

1. Plaintiff recently filed an extensive First Amended Complaint including causes of action not previously pled or contemplated by the parties and naming five new defendants.

2. This Court previously ordered the parties to complete an Early Neutral Evaluation by June 4, 2007.

/ / /

/ / /

/ / /

/ / /

UCR/1039211/1204000v.1

-1-
STIPULATION AND PROPOSED ORDER TO CONTINUE EARLY NEUTRAL EVALUATION

3. By agreement of the parties and the early neutral evaluator, Marjorie Gelb, this case will be better served by extending the ENE deadline 90 days. This will allow the parties to perfect service of process, analyze the newly pled claims and meet and confer regarding which claims are at issue and therefore, contemplated by the ENE.

SO STIPULATED AND AGREED.

April 27, 2007                                     GORDON & REES LLP

                                                    By: /s/ Mark S. Posard
                                                         Mark S. Posard
                                                    Attorneys for Defendants
                                                    THE REGENTS OF THE UNIVERSITY OF
                                                    CALIFORNIA and MICHELLE FAMULA,
                                                    M.D.

April 26, 2007                                     By: /s/ Jo Hoenninger
                                                         Jo Hoenninger
                                                    Attorneys for Plaintiff
                                                    LISA FREDRICKSON

April 26, 2007                                     By: /s/ Ron Odom
                                                         Ron Odom
                                                    Attorneys for Defendant
                                                    BC Health and Life Insurance Company

## **ORDER**

The Court, having considered the stipulation of the parties and good cause appearing therefore, hereby makes the following orders:

The deadline to complete the Early Neutral Evaluation currently scheduled for June 4, 2007 is extended to September 4, 2007.

Dated: April 27, 2007                              By: /s/ Jeffrey S. White
                                                    JEFFREY S. WHITE
                                                    United States District Judge

-2-
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE EARLY NEUTRAL EVALUATION