1 | MICHAEL D. BRUNO (SBN 166805)
MARK S. POSARD (SBN:208790)
2 | GORDON & REES LLP
Embarcadero Center West
3 | 275 Battery Street, Suite 2000
San Francisco, CA 94111
4 | Telephone: (415) 986-5900
Facsimile: (415) 986-8054
5
Attorneys for Defendants
6 | REGENTS OF THE UNIVERSITY OF CALIFORNIA
and MICHELLE FAMULA, M.D.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LISA FREDRICKSON                ) CASE NO. C06-3335 JSW
                                     )
12 |            Plaintiff,            ) **STIPULATION FOR EXTENSION
                                     ) OF TIME TO RESPOND TO
13 |     vs.                          ) PLAINTIFF'S FIRST AMENDED
                                     ) COMPLAINT**
14 | REGENTS OF THE UNIVERSITY OF    )
   | CALIFORNIA, a governmental entity, BC LIFE )
15 | AND HEALTH INSURANCE COMPANY, a )
   | corporation; DR. MICHELLE FAMULA, M.D., an )
16 | individual, and DOES 1 through 10, inclusive, )
                                     )
17 |            Defendants.           )
                                     )
18

19

20       Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between the parties

21 to this litigation, based upon good cause, that: defendant the Regents is permitted an extension of

22 time (until June 10, 2007) to move, answer or otherwise plead to Plaintiff's First Amended

23 Complaint.

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28

UCR/1039211/1210089v.1

-1-
STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S FIRST
AMENDED COMPLAINT

Good cause is predicated upon the fact that the extension provides the parties with sufficient time to meet and confer regarding the substance of the first amended complaint and for plaintiff to perfect service of process on individual defendants.

**IT IS SO STIPULATED:**

May 8, 2007                                         GORDON & REES LLP

                                                    By: /s/ Mark S. Posard
                                                         Mark S. Posard
                                                    Attorneys for Defendants
                                                    THE REGENTS OF THE UNIVERSITY OF
                                                    CALIFORNIA and MICHELLE FAMULA,
                                                    M.D.

May 8, 2007                                         By: /s/ Jo Hoenninger
                                                         Jo Hoenninger
                                                    Attorneys for Plaintiff
                                                    LISA FREDRICKSON

May 8, 2007                                         By: /s/ Ron Odom
                                                         Ron Odom
                                                    Attorneys for Defendant
                                                    BC Health and Life Insurance Company

**ORDER**

The Court, having considered the stipulation of the parties and good cause appearing therefore, hereby makes the following orders: Defendant, The Regents is permitted an extension of time (until June 10, 2007) to move, answer or otherwise plead to Plaintiff's First Amended Complaint.

Dated: May 10, 2007                                 By: /s/ Jeffrey S. White
                                                         JEFFREY S. WHITE
                                                         United States District Judge

-2-
STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT