1  JO HOENNINGER (Bar No. 205222)
   HOENNINGERLAW
2  2358 Market St.
   San Francisco, California 94114
3  Telephone: (415) 816-0440
   Facsimile: (866) 671-0096
4  Email: Jo@HLawSF.com

5  Attorneys for Plaintiff
   LISA FREDRICKSON

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | LISA FREDRICKSON | CASE NO. C06-03335 JSW |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | | STIPULATION AND ~~PROPOSED~~ ORDER TO FILE SECOND AMENDED COMPLAINT AND SET DATES FOR RULES 26 DISCLOSURE AND PLAINTIFF'S RESPONSES TO OUTSTANDING DISCOVERY |
| 14 | vs. | |
| 15 | | |
| 16 | REGENTS OF UNIVERSITY OF CALIFORNIA, a governmental entity; BC LIFE AND HEALTH INSURANCE COMPANY, a corporation; DR. MICHELLE FAMULA, M.D., an individual; DR. CLAIRE POMEROY, M.D., an individual; MICHELE PEARSON, an individual; DENNIS SHIMEK, an individual; HOLLIS KULWIN, an individual; REX PERSCHBACHER, an individual; LARRY VANDERHOEF, an individual; ROBERT DYNES, an individual; and DOES 8 through 10, inclusive, | |
| 17 | | |
| 18 | | Date Action Filed: May 19, 2006 |
| 19 | | Trial Date: March 3, 2008 |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants | |

STIP. & ~~PROP~~. ORDER TO FILE SAC & SET DATES FOR RULE 26 DISCLOSURES
& RESP. TO OUTSTANDING DISCOVERY                    Case No. C06-03335 JSW

**STIPULATION**

Whereas, the parties to this litigation, by and through their attorneys of record, and the Early Neutral Evaluator, met by phone on May 10, 2007 and, as a result, agree that it is in the best interest of all parties to settle the pleadings in this case before conducting the Early Neutral Evaluation;

Whereas, the parties agree that that the Court's February 26, 2007, Order dismissed Plaintiff's claims for injunctive relief under Title IX, the Unruh Act and 42 U.S.C. § 1983 with leave to amend;

Whereas it is Plaintiff's position that the Court's February 26, 2007 Order contemplates that Plaintiff may have a claim for injunctive relief;

Whereas, the parties agree that until the pleadings are more settled, discovery cannot be effectively pursued; and

Whereas it is Defendants' position that Defendants cannot adequately prepare and serve Rule 26 disclosures until the pleadings are more settled.

Therefore, the parties, by and through their attorneys of record, stipulate and agree as follows:

(1) Plaintiff will file and serve a second amended complaint on or before June 11, 2007. Plaintiff's Second Amended Complaint may include claims for injunctive relief. In her Second Amended Complaint, Plaintiff's will not plead claims for professional/medical negligence.

(2) All Defendants retain their rights to oppose all claims plead in the Second Amended Complaint.

(3) All discovery will be stayed until June 11, 2007.

(4) Plaintiff's responses to currently-outstanding discovery must be served on or before June 29, 2007.

(5) All Defendants named in the Second Amended Complaint and properly served, must serve their Rule 26 disclosures on or before June 29, 2007.

-1-

STIP. & ~~PROP~~. ORDER TO FILE SAC & SET DATES FOR RULE 26 DISCLOSURES
& RESP. TO OUTSTANDING DISCOVERY                              Case No. C06-03335 JSW

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | DATED: May 17, 2007 |

HoenningerLaw

By: _____/s/_____
      Jo Hoenninger
  Attorney for Plaintiff
  LISA FREDRICKSON

DATED: May 17, 2007

GORDON & REES LLP

By: _____/s/_____
      Mark S. Posard
  Attorneys for Defendants
  THE REGENTS OF THE UNIVERSITY OF
  CALIFORNIA AND MICHELLE FAMULA, M.D.

DATED: May 17, 2007

WELLPOINT LEGAL DEPARTMENT

By: _____/s/_____
      Ron Odom
  Attorney for Defendant
  B.C. HEALTH AND LIFE INSURANCE CO.

### ORDER

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

DATED: May 17, 2007

By: _____[signature: Jeffrey S. White]_____
  HONORABLE JEFFREY S. WHITE
  United States District Court Judge

-2-

UCR/1039211/1214649v.1

STIP. & ~~PROP~~. ORDER TO FILE SAC & SET DATES FOR RULE 26 DISCLOSURES
& RESP. TO OUTSTANDING DISCOVERY      Case No. C06-03335 JSW