JO HOENNINGER (Bar No. 205222)
HOENNINGERLAW
2358 Market St.
San Francisco, California 94114
Telephone: (415) 816-0440
Facsimile: (866) 671-0096
Email: Jo@HLawSF.com

Attorneys for Plaintiff
LISA FREDRICKSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FREDRICKSON<br><br>                    Plaintiff,<br><br>vs.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA, a governmental entity; BC LIFE AND HEALTH INSURANCE COMPANY, a corporation; DR. MICHELLE FAMULA, M.D., an individual; MICHELE PEARSON, an individual; DENNIS SHIMEK, an individual; HOLLIS KULWIN, an individual; REX PERSCHBACHER, an individual; LARRY VANDERHOEF, an individual; ROBERT DYNES, an individual; and DOES 8 through 10, inclusive,<br><br>                    Defendants | CASE NO. C06-03335 JSW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Date Action Filed:   May 19, 2006<br>Trial Date:              March 3, 2008 |

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                    Case No. C06-03335 JSW

|     |                                                                                                                                                                                                                                                                        |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | **STIPULATION**                                                                                                                                                                                                                                                        |
| 2   | IT IS HEREBY STIPULATED by and between Plaintiff Lisa Fredrickson and Defendants by and through their designated counsel that the Negligent Infliction of Emotional Distress (NIED) and Intentional Infliction of Emotional Distress (IIED) causes of action as alleged against defendant the Regents in the Second Amended Complaint in above-captioned action brought by Plaintiff Lisa Fredrickson in this matter be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). |

IT IS HEREBY STIPULATED by and between Plaintiff Lisa Fredrickson and Defendants by and through their designated counsel that the Negligent Infliction of Emotional Distress (NIED) and Intentional Infliction of Emotional Distress (IIED) causes of action as alleged against defendant the Regents in the Second Amended Complaint in above-captioned action brought by Plaintiff Lisa Fredrickson in this matter be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

This Stipulation of Dismissal shall apply only to the NIED and IIED claims brought against defendant the Regents.

Each party will bear their own costs and attorneys fees.

IT IS SO STIPULATED.

DATED: July 2, 2007

HOENNINGERLAW

By: _____*Jo Hoenninger* /s/_____
 Jo Hoenninger
 Attorney for Plaintiff
 LISA FREDRICKSON

DATED: June 2, 2007

GORDON & REES LLP

By: _____*Mark S. Posard* /s/_____
 Mark S. Posard
 Attorneys for Defendants
 THE REGENTS OF THE UNIVERSITY OF
 CALIFORNIA AND MICHELLE FAMULA, M.D.

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

DATED: July 3, 2007

By: _____/s/ Jeffrey S. White_____
 HONORABLE JEFFREY S. WHITE
 United States District Court Judge

-1-

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER    Case No. C06-03335 JSW