JO HOENNINGER (Bar No. 205222)
HOENNINGERLAW
2358 Market St.
San Francisco, California 94114
Telephone: (415) 816-0440
Facsimile: (866) 671-0096
Email: Jo@HLawSF.com

Attorneys for Plaintiff
LISA FREDRICKSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FREDRICKSON<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA, a governmental entity; BC LIFE AND HEALTH INSURANCE COMPANY, a corporation; DR. MICHELLE FAMULA, M.D., an individual; DR. CLAIRE POMEROY, M.D., an individual; DENNIS SHIMEK, an individual; HOLLIS KULWIN, an individual; REX PERSCHBACHER, an individual; LARRY VANDERHOEF, an individual; ROBERT DYNES, an individual; and DOES 8 through 10, inclusive,<br><br>　　　　　　　Defendants | CASE NO. C06-03335 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF AND TRIAL DATES**<br><br>Date Action Filed:　　May 19, 2006<br>Discovery Cut-Off:　　October 1, 2007<br>Trial Date:　　　　　　March 3, 2008 |

---

Stip. & ~~Prop~~. Order To Continue Disc. Cut-Off & Trial Dates　　　　Case No. C06-03335 JSW

**STIPULATION**

The parties to this litigation, by and through their attorneys of record, hereby STIPULATE to continue the discovery cut-off date, presently set for October 1, 2007, for six months, until April 1, 2008; and to continue the trial, currently set for March 3, 2008, to September 3, 2008, or until any date after these dates that the Court so determines. The reason for this stipulation is that

- The pleadings were settled in May 2007.
- In August 2007, the parties participated in the Early Neutral Evaluation ("ENE") process.
- Although the case was not resolved in the ENE, the parties are discussing settlement.
- In order to save costs and foster a more productive settlement climate, minimal discovery has taken place from May 2007 to the present.
- If the parties are unable to resolve this case, substantial discovery is anticipated in order to prepare for trial.

**IT IS SO STIPULATED.**

DATED: September 26, 2007

    HOENNINGERLAW

    By: _____/s/_____
        Jo Hoenninger
    Attorney for Plaintiff
    LISA FREDRICKSON

DATED: September 26, 2007

    GORDON & REES, LLP

    By: _____/s/_____
        Mark S. Posard
    Attorney for Defendants
    THE REGENTS OF THE UNIVERSITY OF
    CALIFORNIA AND MICHELLE FAMULA, M.D.

-1-

Stip. & Prop. Order To Continue Disc. Cut-Off & Trial Dates     Case No. C06-03335 JSW

**ORDER**

I have read and considered the above stipulation, and good cause appearing therefore, **IT IS ORDERED THAT**:

1. The discovery cut-off date is continued from October 1, 2006 to __April 1__, 2008.
2. The trial date is continued from March 3, 2008 to __September 2__, 2008.

**IT IS SO ORDERED.**  The pretrial is continued to August 11, 2008 at 2:00 p.m.

DATED: __October 9__, 2007

By: _____/s/ Jeffrey S. White_____
HONORABLE JEFFREY S. WHITE
District Court Judge

-2-

Stip. & Prop. Order To Continue Disc. Cut-Off & Trial Dates			Case No. C06-03335 JSW