IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA FREDRICKSON,

    Plaintiff,

v.

REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,

    Defendant.

No. C 06-03335 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO WITHDRAW AS COUNSEL**

    This matter is currently set for a hearing on December 14, 2006 at 9:00 a.m. on counsel for Plaintiff, Jo Hoenninger's, motion to withdraw as counsel of record. For technical reasons, Ms. Hoenninger was unable to comply with the Court's order setting a deadline for service on her client of the order shortening time as to her motion to withdraw. Therefore, the Court RESETS the hearing on the motion to **December 21, 2007 at 9:00 a.m.** The Court HEREBY ORDERS that should Plaintiff or Defendants wish to oppose the motion to withdraw, any opposition brief shall be due no later than December 10, 2007. A reply brief, if any, shall be due no later than December 14, 2007.

    If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 21, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE