1
2
3
4
5 IN THE UNITED STATES DISTRICT COURT

6
7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8 LISA FREDRICKSON,

9               Plaintiff,                            No. C 06-03335 JSW

10   v.

11 REGENTS OF UNIVERSITY OF              **ORDER GRANTING MOTION TO**
CALIFORNIA, et al.,                         **WITHDRAW AS COUNSEL OF**
12                                            **RECORD**

             Defendants.
13 _____/

14
       The motion filed by Jo Hoenninger to withdraw as counsel for Plaintiff Lisa Fredrickson
15
is fully briefed and ripe for decision. The Court finds the motion is suitable for disposition
16
without oral argument. Civ. L.R. 7-1(b). Accordingly, the hearing set for December 21, 2007
17
is VACATED.
18
       Having found good cause based on Fredrickson's failure to pay cost bill on a timely
19
basis and the general breakdown of the attorney-client relationship, which is apparent from the
20
submissions, the Court HEREBY GRANTS the motion filed to withdraw as counsel.
21
Fredrickson shall proceed hereinafter *pro se* and the parties must serve her personally with all
22
papers and motions in this matter as well as electronically file.
23

24
     **IT IS SO ORDERED.**
25
Dated: December 17, 2007
26                                     JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE
27
28