1  MICHAEL D. BRUNO (SBN 166805)
   MARK S. POSARD (SBN:208790)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
6  Attorneys for Defendants
   REGENTS OF THE UNIVERSITY OF CALIFORNIA
7  and MICHELLE FAMULA, M.D.

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 LISA FREDRICKSON                    )  CASE NO. C06-3335 JSW
                                       )
12            Plaintiff,               )
                                       )  [PROPOSED] ORDER TO
13     vs.                             )  CONTINUE DISCOVERY CUT-
                                       )  OFF, DISPOSITIVE MOTION AND
14 REGENTS OF THE UNIVERSITY OF        )  TRIAL DATES
   CALIFORNIA, a governmental entity, BC LIFE )
15 AND HEALTH INSURANCE COMPANY, a     )
   corporation; DR. MICHELLE FAMULA, M.D., an )  Date Action Filed – May 19, 2006
16 individual, and DOES 1 through 10, inclusive, )  Discovery Cut-Off – April 1, 2008
                                       )  Trial Date – March 3, 2008
17            Defendants.              )
                                       )
18

19                        **ORDER**

20        I have read and considered the above stipulation, and good cause appearing therefore, **IT

21 IS ORDERED THAT**:

22     1) The discovery cut-off date is continued from April 1, 2008 to __May 2, 2008_____;

23     2) The Pretrial Conference is continued from August 11, 2008 to _September 15, 2008_:

24     3) The trial date is continued from September 2, 2008 to _____October 6, 2008_____;

25     4) The dispositive motion date is reset to ___June 27, 2008_____.

26     **IT IS SO ORDERED.**

27 Dated: __February 22, 2008_____     By: _____*Jeffrey S White*_____
                                            HON. JEFFREY S. WHITE
28                                          United States District Judge

                              -1-