| | |
|---|---|
| 1 | MICHAEL D. BRUNO (SBN 166805) |
|   | MARK S. POSARD (SBN:208790) |
| 2 | GORDON & REES LLP |
|   | Embarcadero Center West |
| 3 | 275 Battery Street, Suite 2000 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-5900 |
|   | Facsimile: (415) 986-8054 |

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA
and MICHELLE FAMULA, M.D. MICHELLE PEARSON,
DENNIS SHIMEK, HOLLIS KULWIN, REX PERSCHBACHER
LARRY VANDERHOEF AND ROBERT DYNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA FREDRICKSON | ) | CASE NO. C06-3335 JSW |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, a governmental entity, BC LIFE AND HEALTH INSURANCE COMPANY, a corporation; DR. MICHELLE FAMULA, M.D., an individual, and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(i), the parties hereby STIPULATE to the dismissal of this action against the REGENTS OF THE UNIVERSITY OF CALIFORNIA, MICHELLE FAMULA, M.D., MICHELLE PEARSON, DENNIS SHIMEK, HOLLIS KULWIN, REX PERSCHBACHER, LARRY VANDERHOEF AND ROBERT DYNES, with prejudice. Each party shall bear its own costs and fees.

Dated: August 18, 2008

GORDON & REES LLP

By: _____
Mark S. Posard
Attorneys for the Defendants

Dated: August 18, 2008                                   IN PRO PER

                                                         By: _____
                                                             Plaintiff Lisa Fredrickson

**IT IS SO ORDERED:**

Dated: August 26, 2008                                   _____
                                                         Honorable Jeffrey S. White