IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FREDRICKSON, | |
|     Plaintiff, | No. C 06-03335 JSW |
| v. | **ORDER REQUIRING JOINT STATUS REPORT** |
| REGENTS OF UNIVERSITY OF CALIFORNIA, et al. | |
|     Defendants. | |

On December 4, 2006, this Court issued an Order granting Defendant B&C Life & Health Insurance Company's Petition to Compel Arbitration, and stayed arbitration pending the outcome of this action. (Docket No. 27.) On August 26, 2008, the Court granted a stipulation to dismiss, with prejudice, Plaintiff's claims against Defendants Regents of University of California, Dr. Michelle Famula, Michelle Pearson Dennis Shimek, Hollis Kulwin, Rex Perschbacher, Larry Vanderhoff, and Robert Dynes. (Docket No. 106.) Accordingly, it is HEREBY ORDERED that Plaintiff and B&C Life submit a joint status report to the Court regarding the status of the arbitration proceedings contemplated by the Court's December 4, 2006 Order. The parties' status report shall be due to the Court by no later than April 17, 2009.

**IT IS SO ORDERED.**

Dated: April 9, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE