IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA FREDRICKSON,

    Plaintiff,

v.

REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

No. C 06-03335 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On April 15, 2009, the Court has received the last status report from the sole remaining defendant, Defendant BC Life & Health Insurance Company ("BC Life") indicating that the claims remaining against it, which were originally stayed, have been resolved on or about June 3, 2008. BC Life has been unable to contact Plaintiff to get her consent to dismiss the action. Therefore, this Court issues this Order to Show Cause why BC Life should not be dismissed from the action and the case terminated. Plaintiff is HEREBY ORDERED to submit a response in writing to this Order by no later than July 14, 2009. Failure to respond shall result in **dismissal** of this action in its entirety.

    **IT IS SO ORDERED.**

Dated: July 1, 2009

                  JEFFREY S. WHITE
                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FREDRICKSON,<br><br>    Plaintiff,<br><br>v.<br><br>REGENTS OF UNICERSITY OF CALIFORNIA et al,<br><br>    Defendant.                    / | Case Number: CV06-03335 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa Fredrickson
400 Derby Avenue #26
Oakland, CA 94601

Dated: July 1, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk