IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA FREDRICKSON,

    Plaintiff,

    v.

REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

No. C 06-03335 JSW

**ORDER OF DISMISSAL**

On April 15, 2009, the Court received the last status report from the sole remaining defendant, Defendant BC Life & Health Insurance Company ("BC Life") indicating that the claims remaining against it, which were originally stayed, had been resolved on or about June 3, 2008. BC Life has been unable to contact Plaintiff to get her consent to dismiss the action. Accordingly, on July 1, 2009, this Court issued an Order to Show Cause why BC Life should not be terminated from the action and the case dismissed. Plaintiff was ordered to submit a response in writing by no later than July 14, 2009. The Court admonished that failure to respond would result in dismissal of this action in its entirety.

Having not received any written response to the Court's Order to Show Cause, BC Life is terminated from the action and the entire case is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 28, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LISA FREDRICKSON,

        Plaintiff,

  v.

REGENTS OF UNICERSITY OF CALIFORNIA et al,

        Defendant.

Case Number: CV06-03335 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa Fredrickson
2601 Marengo
Altadena, CA 91001

Dated: July 28, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk